# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MICHELLE L. AITKEN  
5113 N. WESTWOOD DRIVE  
MCHENRY, IL  60050  

SSN-xxx-xx-2059

Case Number: 05-76264

Case filed on: 10/12/2005  
Plan Confirmed on: 12/30/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,468.74        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 003 | AVANTE USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAW OFFICE OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RETAIL RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RUTH P. WALTZ THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHELLE L. AITKEN | 0.00 | 0.00 | 28.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 28.65 | 0.00 |
| 001 | ANCHOR RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ASSET MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 903.03 | 903.03 | 903.03 | 68.95 |
| 005 | CENTEGRA PRIMARE CARE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 700.48 | 700.48 | 700.48 | 53.66 |
| 007 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | WORLD FINANCIAL NETWORK NATIONAL BANK | 447.14 | 447.14 | 447.14 | 34.31 |
| 009 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | B-LINE LLC | 2,076.79 | 2,076.79 | 2,076.79 | 158.53 |
| 013 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NIMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NIMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | AFNI/VERIZON | 307.19 | 307.19 | 307.19 | 23.82 |
| 034 | DEBT RECOVERY SOLUTIONS LLX | 159.26 | 159.26 | 159.26 | 11.30 |
|  | Total Unsecured | 4,593.89 | 4,593.89 | 4,593.89 | 350.57 |
|  | Grand Total: | 5,693.89 | 5,693.89 | 5,722.54 | 350.57 |

Total Paid Claimant:    $6,073.11  
Trustee Allowance:      $395.63  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                By  /s/Heather M. Fagan